UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 19, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,   )
                            )  Case No. 2:10-MJ-00242-DAD-2`
            Plaintiff,      )
                            )  ORDER FOR RELEASE OF
v.                          )  PERSON IN CUSTODY
                            )
SHANA DORSEY,               )
                            )
            Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHANA DORSEY , Case No.  2:10-MJ-00242-DAD-2` , Charge ___ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

✔    Unsecured Appearance Bond  $55K

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

✔    (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  August 19, 2010  at  2:20 pm .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court