KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398

Attorney for Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,               ) | Case No.    Mag. 10-242 DAD |
|           Plaintiff/Appellee, ) | |
|           v.                 ) | **ORDER APPOINTING COUNSEL** |
| SHANA DORSEY,                ) | |
|           Defendant/Appellant.) | |

**GOOD CAUSE APPEARING** the Court finds Defendant Dorsey is still indigent and qualifies for appointed counsel.  Attorney Krista Hart is appointed to represent defendant Shana Dorsey in the appeal of this case.  Appointed attorney Preeti Bajwa is relieved.

DATED: May 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
dorsey242.ord-sub.atty