Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Shana DORSEY |
| **Docket Number:** | 2:10-00242M-2 |
| **Offender Address:** | San Francisco, California |
| **Judicial Officer:** | Honorable Dale A. Drozd<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/19/2011 |
| **Original Offense:** | 18 USC 111(a)(1) - Forcibly Assault, Impede, and Intimidate an Employee of the United States Post Office While Engaged in the Performance of Official Duties (CLASS A MISDEMEANOR);<br>18 USC 1701 - Knowingly and Willfully Obstruct and Retard the Passage of mail and a Untied States Postal Carrier (CLASS B MISDEMEANOR) |
| **Original Sentence:** | 12 months custody Bureau of Prisons as to Count 1 , 6 months custody Bureau of Prisons as to Count 2, Sentence to be served concurrently, for a total of 12 months; 12 months Term of Supervised Release as to Count 1 ; $35 special assessment. |
| **Special Conditions:** | 1) Participate in an correctional treatment program for drug or alcohol abuse; 2) Participate in a program of testing for drugs or alcohol; 3) Outpatient mental health treatment; 4) Shall complete 40 hours of unpaid community service to be completed in the first six months of supervised release; 5) Aftercare co-payment of $5 per month for treatment and testing services; and 6) No firearms. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | Will commence on 04/06/2012. |

Rev. 05/2008
VIOLATION_PETITION (PROB12B)
(MODIFICATION).MRG

**RE:   Shana DORSEY**
**Docket Number: 2:10-00242M-02**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | | |
|---|---|---|
| **Assistant U.S. Attorney:** | To be assigned | **Telephone:** (916) 554-2700 |
| **Assistant Federal Defender:** | Preeti Kaur Bajwa<br>Appointed Counsel | **Telephone:** (916) 444-7100 |
| **Other Court Action:** | None | |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7.   The defendant shall reside and participate in a residential re-entry center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).

**Justification:**   Ms. Dorsey is currently living in the residential re-entry center in San Francisco. She is gainfully employed in the Bay Area. She is requesting to remain at the residential re-entry program because she does not have a viable release plan and would like to remain in the Bay Area. It is recommended the offender be allowed to reside in the residential re-entry center for up to six additional months to allow her an opportunity to save money and release to her own residence.

RE: **Shana DORSEY**
**Docket Number: 2:10-00242M-02**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Toni M. Ortiz

**TONI M. ORTIZ**
**United States Probation Officer**
Telephone: (916) 930-4389

DATED: April 16, 2012
Sacramento, California
TMO:jec

/s/ Glenn P. Simon

**REVIEWED BY:** _____
For **KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

## THE COURT ORDERS:

(X) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

4/16/12                                    Dale A. Drozd
_____                          _____
Date                                        **Signature of Judicial Officer**

cc: United States Probation
    Assistant United States Attorney, to be assigned
    Preeti Kaur Bajwa, Defense Counsel
    Defendant
    Court File

Prob 49
(03/89)

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    7.    The defendant shall reside and participate in a residential re-entry center, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).

| Witness | *[signature]* CHRIS REED<br>Geo Care Case Manager | Signed | *[signature]* SHANA DORSEY<br>Supervised Releasee |
|---|---|---|---|

4/4/12
Date